Announced Wednesday, December 9

**38621.** State of Ohio, appellee v. Chamberlain, appellant. Appeal from the Court of Appeals for Richland County. Griffith, Judge.

In a criminal case, where there has been no pronouncement of sentence, an order of the trial court overruling defendant's motion for leave to withdraw his plea of guilty is interlocutory in nature, does not amount to a judgment and is not a final appealable order.

Judgment affirmed.

Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert and Gibson, JJ., concur.

**38632.** Co-operative Legislative Committee of the Transportation Brotherhoods and the Brotherhood of Maintenance of Way Employees, appellant v. Public Utilities Commission of Ohio et al., appellees.

Appeal from the Public Utilities Commission of Ohio. Taft, Chief Justice.

1. Section 4999.08, Revised Code, being a penal statute, must be strictly construed.

2. Where reasonably possible, a statute should be given a construction which will avoid rather than a construction which will raise serious questions as to its constitutionality.

3. The words "engine or locomotive" as used in Section 4999.08, Revised Code, do not include a tractor-like vehicle equipped with both railroad wheels and rubber tires which may be operated either on railroad tracks or on roads and which is used to move railroad cars around a repairshop yard. (*New York Central Rd. Co.* v. *Public Utilities Commission,* 121 OhioSt., 383, distinguished.)

Order affirmed.

Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

**38621.** The State of Ohio, appellee v. James Chamberlain, appellant. Richland County. Appeal from the Court of Appeals. Judgment affirmed. Taft, C. J. Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

**38632.** Co-operative Legislative Committee of Transportation Brotherhoods and Brotherhood of Maintenance of Way Employees, appellant v. Public Utilities Comm. et al., appellees. Appeal from the Public Utilities Commission. Order affirmed. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

**38868.** The State of Ohio, appellee v. Charles Nelson, appellant. Franklin County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith and Herbert, JJ., concur.

**38869.** The State of Ohio, appellee v. Dora Smyers, appellant. Franklin County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith and Herbert, JJ., concur.

**38870.** The State of Ohio, appellee v. Irvin Lieberman, appellant. Franklin County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith and Herbert, JJ., concur.

**38871.** The State of Ohio, appellee v. Virginia Donahue, appellant. Franklin County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith and Herbert, JJ., concur.

**38872.** The State of Ohio, appellee v. Louise Kyre, appellant. Franklin County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith and Herbert, JJ., concur.

**38873.** The State of Ohio, appellee v. Lloyd Ford, appellant. Franklin County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith and Herbert, JJ., concur.

**38874.** The State of Ohio, appellee v. The Hoffman Corp., appellant. Franklin County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith and Herbert, JJ., concur.

**38875.** The State of Ohio, appellee v. Rochelle Wears, appellant. Franklin County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith and Herbert, JJ., concur.

**38876.** The State of Ohio, appellee v. The Hoffman Corp., appellant. Franklin County. Appeal from the Court of Appeals.